**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN RE:  APPEAL OF BRANDYWINE
HOSPITAL, LLC FROM THE DECISION OF
THE CHESTER COUNTY BOARD OF
ASSESSMENT APPEALS FOR
PROPERTY LOCATED AT 213
REECEVILLE ROAD, CALN TOWNSHIP,
CHESTER COUNTY, PENNSYLVANIA

PETITION OF:  BRANDYWINE HOSPITAL,
LLC

:  No. 258 MAL 2023
:
:
:  Petition for Allowance of Appeal
:  from the Order of the
:  Commonwealth Court
:
:
:
:
:
:

IN RE:  APPEAL OF BRANDYWINE
HOSPITAL, LLC FROM THE DECISION OF
THE CHESTER COUNTY BOARD OF
ASSESSMENT APPEALS FOR
PROPERTY LOCATED AT 213
REECEVILLE ROAD, CALN TOWNSHIP,
CHESTER COUNTY, PENNSYLVANIA

PETITION OF:  BRANDYWINE HOSPITAL,
LLC

:  No. 259 MAL 2023
:
:
:  Petition for Allowance of Appeal
:  from the Order of the
:  Commonwealth Court
:
:
:
:
:
:

IN RE:  APPEAL OF BRANDYWINE
HOSPITAL, LLC FROM THE DECISION OF
THE CHESTER COUNTY BOARD OF
ASSESSMENT APPEALS FOR
PROPERTY LOCATED AT 213
REECEVILLE ROAD, CALN TOWNSHIP,
CHESTER COUNTY, PENNSYLVANIA

PETITION OF:  BRANDYWINE HOSPITAL,
LLC

:  No. 260 MAL 2023
:
:
:  Petition for Allowance of Appeal
:  from the Order of the
:  Commonwealth Court
:
:
:
:
:

IN RE:  APPEAL OF BRANDYWINE
HOSPITAL, LLC FROM THE DECISION OF
THE CHESTER COUNTY BOARD OF
ASSESSMENT APPEALS FOR
PROPERTY LOCATED AT 213

:  No. 261 MAL 2023
:
:
:  Petition for Allowance of Appeal
:  from the Order of the
:  Commonwealth Court

REECEVILLE ROAD, CALN TOWNSHIP,    :
CHESTER COUNTY, PENNSYLVANIA       :
                                   :
                                   :
                                   :
PETITION OF:  BRANDYWINE HOSPITAL, :
LLC

## ORDER

**PER CURIAM**

     **AND NOW**, this 5th day of December, 2023, the Petition for Allowance of Appeal and the Application for Leave to File Amicus Brief are **DENIED**.